IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIKE VIGNAPIANO,  :  <br> Plaintiff  :  <br>  : CIVIL ACTION <br> v.  :  <br>  : NO. 10-3597 <br> MICHAEL J. ASTRUE ,  :  <br> Commissioner, Social Security Administration,  :  <br> Defendant.  :  | |

# ORDER

**AND NOW**, this _____ day of January, 2013, upon consideration of Plaintiff's Brief Statement of Issues in Support of Request for Review (Doc. 7), and Defendant's Response thereto (Doc. 8), and after careful review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapport, **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**.

2. **Judgment is entered in favor of Defendant Michael J. Astrue, Commissioner of the Social Security Administration and against Plaintiff Mike Vignapiano**.

4. The Clerk of Court is hereby directed to mark the above matter as **CLOSED**.

BY THE COURT:

/S/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**